Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 08-28328 EPK | Trustee: | (290240) KENNETH A. WELT |
|---|---|---|---|
| Case Name: | BIOMASS PROCESSING TECHNOLOGY, INC. | Filed (f) or Converted (c): | 12/01/08 (f) |
| | | §341(a) Meeting Date: | 12/29/08 |
| Period Ending: | 12/31/12 | Claims Bar Date: | 03/30/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY CAV1 PRODUCTION FACILITY<br>    Co-owner of plant located on land subject to ground lease<br>Amended<br>Amended Schedule<br>Secured Claim 1,526,328.00  (See Footnote) | 26,751,837.58 | 26,751,837.58 | | 932,500.00 | FA |
| 2 | CASH ON HAND<br>    Amended | 43.64 | 43.64 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS Bank of America<br>    BOA acct#<br>Contacted BOA Account is  secure<br>Writing to trans funds<br><br>Amended | 1,210.11 | 1,210.11 | | 1,178.77 | FA |
| 4 | SECURITY DEPOSITS<br>    FLORIDA POWER & LIGHT | 4,530.00 | 4,530.00 | | 4,593.13 | FA |
| 5 | INTERESTS IN INSURANCE POLICIES<br>    Liability Insurance-James River Assoc/Wells Fargo<br>Workers Compensation Ins -AmComp | 0.00 | 0.00 | | 8,293.00 | FA |
| 6 | STOCK AND BUSINESS INTERESTS<br>    100% Omni Envirnmental Corp<br>100% BPT CAV1 Corp | 0.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-28328 EPK  
**Case Name:** BIOMASS PROCESSING TECHNOLOGY, INC.  

**Period Ending:** 12/31/12  

**Trustee:** (290240)   KENNETH A. WELT  
**Filed (f) or Converted (c):** 12/01/08 (f)  
**§341(a) Meeting Date:** 12/29/08  
**Claims Bar Date:** 03/30/09  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | 100% BPT Intellectual Property Corp |  |  |  |  |  |
| 7 | PATENTS, COPYRIGNTS, INTELLECTUAL PROPERTY<br>Patent Application # 00035479-201118<br>Patent Application # 00035479-201120<br>Patent Application # 00035479-201143<br>Patent Application # 00035479-201145<br>Patent Application # 00035479-201147<br>Patent Application # 00035479-201172<br>Patent Application # 00035479-201175 | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>See Order dated 11/19/09 CP# 128<br>part of sale / Asset #1<br>Schedule B-28 | 227,116.24 | 227,116.24 |  | 0.00 | FA |
| 9 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>See order to sell dated 11/19/09 CP# 128<br>Schedule B-29 / Asset #1 | 340,739.09 | 340,739.09 |  | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 74.89 | Unknown |
| 10 | **Assets** **Totals** (Excluding unknown values) | **$27,325,476.66** | **$27,325,476.66** |  | **$946,639.79** | **$0.00** |

RE PROP# 1   Okeechobee, Florida

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-28328 EPK | **Trustee:** (290240) KENNETH A. WELT |
| **Case Name:** BIOMASS PROCESSING TECHNOLOGY, INC. | **Filed (f) or Converted (c):** 12/01/08 (f) |
| | **§341(a) Meeting Date:** 12/29/08 |
| **Period Ending:** 12/31/12 | **Claims Bar Date:** 03/30/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

Objections to claims 6/5/10 gk
2/3/4/5/6/7/8/11/13/15/16/17/18/19/20/23/27
Sale to close in January 2010. Equal interest with Chapter 7 case BPT CAVI
Motion to Consolidate related cases and proceed to Sale CP# 70
no taxes at this time
Securing Assets
Order denied consolidation
Need orders on objections of claim
Taxes in progress- completed and mailed
Completion of objection to claims and ready to file TFR
Uploaded orders on OTC
Final order on expenses ECF# 203
TFR ready to file

Resolution to objections to claims 07/16/10 gk
follow up on response to wage claims

Case review 3rd Quarter 2010
Case review 4th Quarter 2010
Case review 1st Quarter 2011
Case review 2nd Quarter 2011
Case review 3rd Quarter 2011

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-28328 EPK  
**Case Name:** BIOMASS PROCESSING TECHNOLOGY, INC.  
**Trustee:** (290240) KENNETH A. WELT  
**Filed (f) or Converted (c):** 12/01/08 (f)  
**§341(a) Meeting Date:** 12/29/08  
**Period Ending:** 12/31/12  
**Claims Bar Date:** 03/30/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Case review 4th Quarter 2011<br>Case review 1st Quarter 2012<br>Case review 2nd Quarter 2012 | | | | | |

**Initial Projected Date Of Final Report (TFR):** June 30, 2010   **Current Projected Date Of Final Report (TFR):** February 28, 2013

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-28328 EPK
**Case Name:** BIOMASS PROCESSING TECHNOLOGY, INC.
**Taxpayer ID #:** **-***8890
**Period Ending:** 12/31/12

**Trustee:** KENNETH A. WELT (290240)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****00-65 - Money Market Account
**Blanket Bond:** $3,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/11/09 | {4} | Florida Power & Light | Deposit refund 8688606105 closed account 12/1/2008 | 1129-000 | 3,993.13 | | 3,993.13 |
| 02/11/09 | {5} | AmComp Insurnace | WC Insurance premium refund WCV 7063107 | 1129-000 | 8,293.00 | | 12,286.13 |
| 02/20/09 | 1001 | Mr. Sharpie | Locksmith    Local Rules per Order dated 10/10/2012 ECF# 203 | 2420-000 | | 620.10 | 11,666.03 |
| 02/26/09 | 1002 | FLORIDA POWER & LIGHT COMPANY | Retain Electricity Deposit Amount Account # 88606-23431Local Rule,per Order dated 10/10/2012 ECF# 203 | 2500-000 | | 600.00 | 11,066.03 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.18 | | 11,066.21 |
| 03/05/09 | 1003 | FLORIDA POWER & LIGHT COMPANY | Electricity Amount Account # 88606-23431 Local Rule,per Order dated 10/10/2012 ECF# 203 | 2500-000 | | 1,291.96 | 9,774.25 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.44 | | 9,774.69 |
| 04/06/09 | 1004 | FLORIDA POWER & LIGHT COMPANY | Electricity Amount Account # 88606-23431 April Local Rule, per Order dated 10/10/2012 ECF# 203 | 2500-000 | | 597.05 | 9,177.64 |
| 04/22/09 | {4} | FPL | Security Deposit | 1129-000 | 2.95 | | 9,180.59 |
| 04/22/09 | {4} | FPL | Security Deposit | 1129-000 | 597.05 | | 9,777.64 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.38 | | 9,778.02 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.38 | | 9,778.40 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.42 | | 9,778.82 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.41 | | 9,779.23 |
| 08/13/09 | {3} | Bank of America | Closing Bank Account | 1129-000 | 1,019.34 | | 10,798.57 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.43 | | 10,799.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.44 | | 10,799.44 |

**Subtotals :**   $13,908.55   $3,109.11

{} Asset reference(s)

Printed: 01/28/2013 05:51 PM    V.13.11

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| Case Number: | 08-28328 EPK |
| Case Name: | BIOMASS PROCESSING TECHNOLOGY, INC. |
| Taxpayer ID #: | **-***8890 |
| Period Ending: | 12/31/12 |

| | |
|---|---|
| Trustee: | KENNETH A. WELT (290240) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****00-65 - Money Market Account |
| Blanket Bond: | $3,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/28/09 | {3} | Bank of America | Balance of Account funds-Cashier's Check | 1129-000 | 159.43 | | 10,958.87 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 10,959.31 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.46 | | 10,959.77 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.46 | | 10,960.23 |
| 01/06/10 | 1005 | INTERNATIONAL SURETIES, LTD. | Bond Local Rule | 2300-000 | | 9.16 | 10,951.07 |
| 01/26/10 | {1} | LS9 Properties, Inc. | Notice of Sale ECF# 88 Payment received per order dated 3/30/10 ECF# 151 | 1110-000 | 932,500.00 | | 943,451.07 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.50 | | 943,456.57 |
| 02/02/10 | | Okeechobee County Tax Collector | Tax Authority Order dated 1/15/2010 DE 140 Wire sent | 4110-000 | | 784,766.64 | 158,689.93 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 9.09 | | 158,699.02 |
| 03/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1200% | 1270-000 | 1.56 | | 158,700.58 |
| 03/02/10 | | Wire out to BNYM account 9200******0065 | Wire out to BNYM account 9200******0065 | 9999-000 | -158,700.58 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 787,884.91 | 787,884.91 | $0.00 |
| Less: Bank Transfers | -158,700.58 | 0.00 | |
| **Subtotal** | 946,585.49 | 787,884.91 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$946,585.49** | **$787,884.91** | |

{} Asset reference(s)

Printed: 01/28/2013 05:51 PM    V.13.11

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-28328 EPK | | Trustee: | KENNETH A. WELT (290240) |
|---|---|---|---|---|
| Case Name: | BIOMASS PROCESSING TECHNOLOGY, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****341066 - Checking Account |
| Taxpayer ID #: | **-***8890 | | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 12/31/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 5,059.20 | | 5,059.20 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 5,049.20 |
| | | | **ACCOUNT TOTALS** | | 5,059.20 | 10.00 | **$5,049.20** |
| | | | Less: Bank Transfers | | 5,059.20 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **10.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$10.00** | |

{} Asset reference(s)

Printed: 01/28/2013 05:51 PM    V.13.11

## Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-28328 EPK
**Case Name:** BIOMASS PROCESSING TECHNOLOGY, INC.
**Taxpayer ID #:** **-***8890
**Period Ending:** 12/31/12

**Trustee:** KENNETH A. WELT (290240)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******00-19 - Trustee Investment Acct
**Blanket Bond:** $3,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 03/18/10 | | FUNDING ACCOUNT: 9200******0065 | Transfer | 9999-000 | 150,000.00 | | 150,000.00 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 8.63 | | 150,008.63 |
| 04/02/10 | | Biomass | Transfer | 9999-000 | | 50,000.00 | 100,008.63 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 13.15 | | 100,021.78 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 12.74 | | 100,034.52 |
| 06/21/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 8.22 | | 100,042.74 |
| 06/22/10 | | BYN Mellon | Transfer | 9999-000 | | 100,042.74 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 150,042.74 | 150,042.74 | $0.00 |
| | | | Less: Bank Transfers | | 150,000.00 | 150,042.74 | |
| | | | **Subtotal** | | 42.74 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$42.74** | **$0.00** | |

{} Asset reference(s)

Printed: 01/28/2013 05:51 PM    V.13.11

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 08-28328 EPK  
**Case Name:** BIOMASS PROCESSING TECHNOLOGY, INC.  
**Taxpayer ID #:** **-***8890  
**Period Ending:** 12/31/12  

**Trustee:** KENNETH A. WELT (290240)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******00-65 - Checking Account  
**Blanket Bond:** $3,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/10 |  | Wire in from JPMorgan Chase Bank, N.A. account ********0065 | Wire in from JPMorgan Chase Bank, N.A. account ********0065 | 9999-000 | 158,700.58 |  | 158,700.58 |
| 03/18/10 |  | ACCOUNT FUNDED: 9200******0019 | Transfer | 9999-000 |  | 150,000.00 | 8,700.58 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 8.51 |  | 8,709.09 |
| 04/03/10 |  | Biomass | Transfer from TIA | 9999-000 | 50,000.00 |  | 58,709.09 |
| 04/03/10 |  | Biomass Investment LLC | 50% of the order dated 3/30/10 D.E. 151, balance of amount paid in case CAV | 4110-000 |  | 50,000.00 | 8,709.09 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.43 |  | 8,709.52 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.37 |  | 8,709.89 |
| 06/22/10 |  | MBY Mellon | Transfer | 9999-000 | 100,042.74 |  | 108,752.63 |
| 06/22/10 |  | To Account #9200******0066 | Transfer | 9999-000 |  | 45,000.00 | 63,752.63 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.29 |  | 63,753.92 |
| 06/30/10 |  | To Account #9200******0066 | Transfer | 9999-000 |  | 60,000.00 | 3,753.92 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.16 |  | 3,754.08 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.15 |  | 3,754.23 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 |  | 3,754.26 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 |  | 3,754.29 |
| 11/24/10 |  | From Account #9200******0066 | Transfer | 9999-000 | 1,600.00 |  | 5,354.29 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 |  | 5,354.32 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 |  | 5,354.36 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 |  | 5,354.40 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 |  | 5,354.44 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 |  | 5,354.48 |

**Subtotals:** $310,354.48     $305,000.00

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 08-28328 EPK | | Trustee: | KENNETH A. WELT (290240) |
|---|---|---|---|---|
| Case Name: | BIOMASS PROCESSING TECHNOLOGY, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******00-65 - Checking Account |
| Taxpayer ID #: | **-***8890 | | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 12/31/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,354.52 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,354.56 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,354.60 |
| 07/08/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 5,354.61 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,354.64 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 7.70 | 5,346.94 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,346.98 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,321.98 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,322.02 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,297.02 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,297.06 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,272.06 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,272.10 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,247.10 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,247.14 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,222.14 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 5,222.16 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 5,222.18 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,197.18 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,172.18 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,147.18 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,122.18 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,097.18 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,072.18 |

**Subtotals :**       **$0.40**       **$282.70**

{} Asset reference(s)

Printed: 01/28/2013 05:51 PM     V.13.11

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 08-28328 EPK  
**Case Name:** BIOMASS PROCESSING TECHNOLOGY, INC.  
**Taxpayer ID #:** **-***8890  
**Period Ending:** 12/31/12

**Trustee:** KENNETH A. WELT (290240)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******00-65 - Checking Account  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,047.18 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,022.18 |
| 09/12/12 | | From Account #9200******0066 | Transfer | 9999-000 | 112.02 | | 5,134.20 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,109.20 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,084.20 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,059.20 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029024088 20121220 | 9999-000 | | 5,059.20 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 310,466.90 | 310,466.90 | $0.00 |
| | | | Less: Bank Transfers | | 310,455.34 | 260,059.20 | |
| | | | **Subtotal** | | 11.56 | 50,407.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11.56** | **$50,407.70** | |

{} Asset reference(s)

Printed: 01/28/2013 05:51 PM    V.13.11

# Form 2
## Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 08-28328 EPK | | Trustee: | KENNETH A. WELT (290240) |
|---|---|---|---|---|
| Case Name: | BIOMASS PROCESSING TECHNOLOGY, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******00-66 - Checking Account |
| Taxpayer ID #: | **-***8890 | | Blanket Bond: | $3,000,000.00   (per case limit) |
| Period Ending: | 12/31/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/22/10 | | From Account #9200******0065 | Transfer | 9999-000 | 45,000.00 | | 45,000.00 |
| 06/22/10 | 101 | KENNETH A. WELT, TRUSTEE P.A. | Payment Trustee 1st Interim Compensation order dated 6/16/10 D.E. 171 | | | 42,765.27 | 2,234.73 |
| | | | Expenses       121.02 | 2200-000 | | | 2,234.73 |
| | | | Fees       42,644.25 | 2100-000 | | | 2,234.73 |
| 06/30/10 | | From Account #9200******0065 | Transfer | 9999-000 | 60,000.00 | | 62,234.73 |
| 06/30/10 | 102 | Greenberg Traurig PA | Final Payment for Attorney to Trustee per order dated 6/29/10 DE# 174 | | | 60,514.04 | 1,720.69 |
| | | | Fees       56,063.50 | 3210-000 | | | 1,720.69 |
| | | | Expenses       4,450.54 | 3220-000 | | | 1,720.69 |
| 11/24/10 | | To Account #9200******0065 | Transfer | 9999-000 | | 1,600.00 | 120.69 |
| 01/20/11 | 103 | INTERNATIONAL SURETIES, LTD. | Local Rule Bond Payment Voided on 01/21/11 | 2300-000 | | 5.37 | 115.32 |
| 01/21/11 | 103 | INTERNATIONAL SURETIES, LTD. | Local Rule Bond Payment Voided: check issued on 01/20/11 | 2300-000 | | -5.37 | 120.69 |
| 01/21/11 | 104 | INTERNATIONAL SURETIES, LTD. | Bond Payment Local Rules | 2300-000 | | 4.38 | 116.31 |
| 01/16/12 | 105 | INTERNATIONAL SURETIES, LTD. | Bond Payment Local Rules | 2300-000 | | 4.29 | 112.02 |
| 09/12/12 | | To Account #9200******0065 | Transfer | 9999-000 | | 112.02 | 0.00 |

Subtotals :    $105,000.00    $105,000.00

{} Asset reference(s)

Printed: 01/28/2013 05:51 PM    V.13.11

# Form 2
## Cash Receipts And Disbursements Record

Page: 9

| Case Number: | 08-28328 EPK | | Trustee: | KENNETH A. WELT (290240) |
|---|---|---|---|---|
| Case Name: | BIOMASS PROCESSING TECHNOLOGY, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******00-66 - Checking Account |
| Taxpayer ID #: | **-***8890 | | Blanket Bond: | $3,000,000.00   (per case limit) |
| Period Ending: | 12/31/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 105,000.00 | 105,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 105,000.00 | 1,712.02 | |
| | | | **Subtotal** | | 0.00 | 103,287.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$103,287.98** | |

| | Net Receipts : | 946,639.79 |
|---|---|---|
| | Net Estate : | $946,639.79 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****00-65 | 946,585.49 | 787,884.91 | 0.00 |
| Checking # ****341066 | 0.00 | 10.00 | 5,049.20 |
| TIA # 9200-******00-19 | 42.74 | 0.00 | 0.00 |
| Checking # 9200-******00-65 | 11.56 | 50,407.70 | 0.00 |
| Checking # 9200-******00-66 | 0.00 | 103,287.98 | 0.00 |
| | **$946,639.79** | **$941,590.59** | **$5,049.20** |

{} Asset reference(s)